UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURIAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MARI GILLIS, et al.,<br><br>    Defendants. | Case No. 4:23-cv-03585-KAW<br><br>**ORDER REQUIRING A SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT OF DISCHARGE IN INTERPLEADER; ORDER VACATING HEARING ON MOTION**<br><br>Re: Dkt. No. 41 |

On January 10, 2024, Plaintiff Securian Life Insurance Company filed a motion for entry of judgment of discharge in interpleader and award of attorneys' fees and costs. (Dkt. No. 41.) Plaintiff did not, however, summarize the amount of time spent by each person and describe the manner in which time records were maintained in support of its request for reasonable attorneys' fees, as required by Civil Local Rule 54-5(b)(2). Accordingly, Plaintiff is ordered to file a supplemental declaration providing that information by February 16, 2024.

Otherwise, pursuant to Civil Local Rule 7-1(b), the Court finds that the pending motion for entry of judgment of discharge in interpleader (Dkt. No. 41) is suitable for resolution without oral argument and VACATES the hearing set for February 15, 2024.

IT IS SO ORDERED.

Dated: February 9, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge