UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURIAN LIFE INSURANCE COMPANY,<br><br>           Plaintiffs,<br><br>     v.<br><br>MARI GILLIS, et al.,<br><br>           Defendants. | Case No. 4:23-cv-03585-KAW<br><br>**ORDER REQUIRING DEFENDANT GILLIS'S RESPONSE**<br><br>Re: Dkt. Nos. 58, 59, 60 |

On June 10, 2024, the Court granted the parties' stipulation regarding the disposition of the life insurance proceeds that were deposited with the court registry by Securian Life Insurance Company as part of this interpleader action. (Dkt. No. 57.) The stipulation, however, did not address the division of the interest that has accrued since the funds were deposited. (Dkt. No. 58.)

On June 12, 2024, the Court ordered the parties to meet and confer and file a supplemental stipulation by June 26, 2024, addressing how the interest should be divided by percentages of the total amount. (Dkt. No. 58.) The parties were advised that a W9 must be completed by all individuals receiving earned interest before the funds can be disbursed. *Id.* The parties did not file the stipulation as ordered.

On June 28, 2024, the Court issued a second order requiring the parties to file a stipulation by July 9, 2024, and again advised them that no funds would be disbursed until the division of interest issue is resolved. (Dkt. No. 59.)

On July 9, 2024, Ms. Hu's counsel filed a declaration explaining that she had attempted to contact Ms. Gillis's counsel regarding the division of interest and proposed that the division be the same as the policy proceeds such that Ms. Vu would receive 39.17% of the interest. (Dkt. No. 60 at 1.)  In response, Ms. Gillis's attorney's position appeared to be she believed that the interest

issue had already been addressed by the settlement order. *Id.* As explained in the prior two orders, the executed settlement order did not explicitly address the division of interest, and the parties will not receive their respective payments until the interest issue is fully resolved. *See id.* Furthermore, if the parties elect to receive interest, they will need to furnish a completed W9 form to the Northern District's Finance Office before their check can be issued. *Id.*

Accordingly, on or before **July 26, 2024**, Ms. Gillis is ordered to respond to this order and explain whether Ms. Hu's proposal is acceptable. Alternatively, the parties may file a supplemental stipulation addressing the division of interest. Should Ms. Gillis fail to respond, the Court will impose Ms. Hu's proposal, which would be a 39.17% allocation to her and the remainder to Ms. Gillis.

IT IS SO ORDERED.

Dated: July 12, 2024

KANDIS A. WESTMORE
United States Magistrate Judge